UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT WOODRUFF,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,<br><br>Defendants. | 2:11-CV-00856-PMP-PAL<br><br>**ORDER** |

Before the Court for consideration is Plaintiff's fully briefed Motion to Remand Action to District Court for the State of Nevada (Doc. #6) filed June 2, 2011.

The Court finds that Defendant has failed to establish that this case meets the $75, 000.00 jurisdictional threshold for diversity action as required by 28 U.S.C. § 1332(a). As a result remand is appropriate.

**IT IS THEREFORE ORDERED that** Plaintiff Robert Woodruff's Motion to Remand Action to District Court for the State of Nevada (Doc. #6) is **GRANTED**, that the Clerk of Court shall forthwith remand this action to Eighth Judicial District Court, in and for the County of Clark, State of Nevada.

DATED: June 21, 2011.

_____
PHILIP M. PRO
United States District Judge